UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-692(JMR/FLN)

| | | |
|---|---|---|
| Terrance Desmond Epperson | ) | |
| | ) | |
| v. | ) | ORDER TO SHOW CAUSE |
| | ) | |
| Speedway SuperAmerica LLC | ) | |

The Court reviews this matter sua sponte. On November 19, 1999, plaintiff filed a complaint in Minnesota state court seeking damages "in excess of Fifty Thousand and no/100 ($50,000.00) Dollars." On March 16, 2000, defendant filed a notice of removal with this Court, alleging diversity jurisdiction pursuant to 28 U.S.C. § 1332. The petition for removal asserts the parties are citizens of different states, and that plaintiff has conceded the jurisdictional amount by failing to respond to a request for admission stating that damages "will exceed Seventy-Five Thousand Dollars ($75,000.00)."

This Court has jurisdiction "where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states." 28 U.S.C. § 1332. Based on the foregoing, the Court enters the following:

ORDER TO SHOW CAUSE directed to both parties to advise this Court on or before May 1, 2000, whether the requirements of 28

FILED APR 05 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

U.S.C. § 1332 are satisfied.

Dated: April 4th, 2000

JAMES M. ROSENBAUM
United States District Judge